# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

### I. CASE STATUS

Name of Defendant: Trung Tran

Has defendant had initial appearance in this case?  ☐ Yes   ☑ No

    MJ                   CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is   7   days.

(Revised March 2018)