UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>TRUNG TRAN,<br><br>      Defendant. | NO.  CR18-249 RSM<br><br>NOTICE OF APPEARANCE |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that David Allen, Cooper Offenbecher and Allen, Hansen, Maybrown & Offenbecher, P.S., hereby appear in the above-entitled cause on behalf of Defendant Trung Tran, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

DATED this 18th day of October, 2018.

Allen, Hansen, Maybrown & Offenbecher, P.S.
Attorneys for Trung Tran

/s/ David Allen
David Allen, WSBA #500
600 University St., #3020
Seattle, WA  98101
(206) 447-9681
david@ahmlawyers.com

/s/ Cooper Offenbecher
Cooper Offenbecher, WSBA #40690
600 University St., #3020
Seattle, WA  98101
(206) 447-9681
cooper@ahmlawyers.com

*NOTICE OF APPEARANCE – 1*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

/s/ Sarah Conger
Office Manager/Head Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University St., #3020
Seattle, WA  98101
(206) 447-9681

NOTICE OF APPEARANCE – 2

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681