Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFF TRAN, <br><br> Defendant. | NO. CR18-249 RSM <br><br> ORDER GRANTING MOTION FOR RETURN OF PASSPORT |

TO:   Clerk of Court

YOU ARE HEREBY ORDERED to transfer the passport of Defendant Jeff Tran, which was surrendered to the Court pursuant to a special condition of the Appearance Bond, to Mr. Tran or his attorney of record, Cooper Offenbecher, Attorney at Law, 600 University Street, Suite 3020, Seattle, Washington 98101, or his attorney's agent.

DATED this 17th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

COOPER OFFENBECHER
Attorney for Defendant

*ORDER GRANTING MOTION FOR RETURN OF PASSPORT* – 1
*[CR18-249RSM]*

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681